UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Yelena Aneley Gurevich -#269487

Case No.  14-mc-80252-JD

**ORDER OF SUSPENSION**

Because Yelena Aneley Gurevich has failed to respond to the Order to Show Cause, Ms. Gurevich's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  November 4, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Yelena Aneley Gurevich -#269487

Case No.   14-mc-80252-JD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 11/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yelena Aneley Gurevich
3700 Eagle Rock Blvd.
Los Angeles, CA 90065

Dated: 11/4/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato